## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

## CIVIL NO.  3:03CV231
## (3:00CR212)

| | | |
|---|---|---|
| **PAULITO SALAZAR-ACUNA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **Vs.** | ) | **O R D E R** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Government's Response to the Order entered March 10, 2005.  Since that time, the Petitioner has filed a reply and motion for summary judgment to which were attached two affidavits, a motion requesting a hearing and a motion for certain records.

The Petitioner's trial counsel has filed an affidavit as to the question of whether the Petitioner asked him to file a notice of appeal after the imposition of his sentence.  Although counsel has averred as to his standard practice on this issue, he did not have a specific recollection about the issue in this instance.  As a result, the Court finds it necessary to vacate the Petitioner's sentence and reimpose the same in order to provide him with an opportunity to file a direct appeal.

**IT IS, THEREFORE, ORDERED** that the Petitioner's motion to vacate, set aside, or correct judgment pursuant to 28 U.S.C. § 2255 is hereby **ALLOWED IN PART AND DENIED IN PART**.  A Judgment is filed herewith.

**IT IS FURTHER ORDERED** that the remaining motions are hereby **DENIED** as moot.

**Signed: May 9, 2005**

Lacy H. Thornburg
United States District Judge