# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

CIVIL NO. 3:03CV231
(3:00CR212)

| | |
|---|---|
| **PAULITO SALAZAR-ACUNA,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| Vs. ) | **J U D G M E N T** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |
| ) | |

For the reasons set forth in the Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Petitioner's conviction is hereby **AFFIRMED** and his sentence is hereby **VACATED**.

**IT IS FURTHER ORDERED** that the Petitioner's original sentence is hereby **REIMPOSED** and the Clerk of Court shall prepare an Amended Judgment of Conviction which contains the same terms and conditions as the one previously entered.

**IT IS FURTHER ORDERED** that the Petitioner may file a notice of appeal on or before ten days after the filing date of the Amended Judgment of Conviction in this action.

**Signed: May 9, 2005**

Lacy H. Thornburg
United States District Judge